IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEST MPETSHI**, | : CIVIL ACTION NO. 1:23-CV-47 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **R. THOMPSON**, | : |
| Respondent | : |

## ORDER

AND NOW, this 27th day of July, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, petitioner's motions (Docs. 9, 14) for summary judgment, and the parties' respective briefs in support of and opposition to the petition and motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice as moot.

2. Petitioner's motions (Docs. 9, 14) for summary judgment are DENIED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania